**Jay W. Beattie**, OSB #871631
Email: jbeattie@lindsayhart.com
**Matthew N. Miller**, OSB #150113
Email: mmiller@lindsayhart.com
LINDSAY HART, LLP
1300 SW Fifth Avenue, Suite 3400
Portland, Oregon 97201-5640
Phone: 503-226-7677
Fax: 503-226-7697
    Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **MID-CENTURY INSURANCE COMPANY,**<br><br>    Plaintiff,<br><br>    v.<br><br>**ESCENA, LLC, an Oregon LLC** *dba* **ESCENA APARTMENTS, VANCE JEANNET, an individual,**<br><br>    Defendants. | Case No: 6:20-cv-2165-MC<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's order staying this case (Dtk. #25), the parties submit this quarterly joint status report. The underlying litigation is still proceeding, so the parties concur that the stay of this litigation remain in place.

The parties propose setting the due date for the next quarterly status report as December 1, 2021.

/ /

/ /

/ /

Page 1 – **JOINT STATUS REPORT**
02320756.DOCX02320756.DOCX

LINDSAY HART, LLP
1300 SW FIFTH AVENUE, SUITE 3400
PORTLAND, OREGON 97201-5640
PHONE: 503-226-7677 FAX: 503-226-7697

Dated this 1st day of September, 2021

LINDSAY HART, LLP

By: */s/ Matthew N. Miller*
    Jay W. Beattie, OSB #871631
    jbeattie@lindsayhart.com
    Matthew N. Miller, OSB #150113
    mmiller@lindsayhart.com
    *Attorneys for Foremost Insurance*

PICKETT DUMMIGAN MCCALL LLP

By: */s/ W. Blake Mikkelsen*
    J. Randolph Pickett, OSB # 721974
    randy@pdm.legal
    Kimberly O. Weingart, OSB #091407
    kim@pdm.legal
    Rachel M. Jennings, OSB #205474
    rachelj@pdm.legal

*and*

SCHAUERMANN THAYER JACOBS STAPLES & EDWARDS PS
Scott Staples, OSB #132572
scotts@washingtonoregonlawyers.com

*and*

MILLER INSURANCE LAW LLC
Emily S. Miller, OSB #034348
emily@millerinsurancelaw.com
W. Blake Mikkelsen, OSB #074604
blake@millerinsurancelaw.com

*Attorneys for Defendant Vance Jeannet*

FOREMAN STURM & THEDE LLP

By: */s/ Nicholas A. Thede*
    Nicholas A. Thede, OSB #075460
    Nick.thede@foremansturm.com
    Kyle A. Sturm, OSB No 080214
    Kyle.Sturm@foremansturm.com
    *Attorneys for Defendant Escena, LLC*

Page 2 – **JOINT STATUS REPORT**
02320756.DOCX02320756.DOCX

LINDSAY HART, LLP
1300 SW FIFTH AVENUE, SUITE 3400
PORTLAND, OREGON 97201-5640
PHONE: 503-226-7677 FAX: 503-226-7697